UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00109-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| ARNOLD DIAZ CARDENAS | |
| Petitioner. | |

Defendant Arnold Dias Cardenas has filed a motion for sentence reduction (dkt. no. 95), in which he states that he believes he may qualify for a two (2) point reduction under Amendment 782. Pursuant to Amendment 782, the Court has discretion to reduce the guideline offense levels across all drug types by two levels. Amendment 782 took effect on November 1, 2014. Defendant was sentenced on November 24, 2014, and has already received the benefit of the two (2) level reduction when his guideline offense level was calculated. Defendant is not entitled to further reduction.

It is therefore ordered that defendants' motion for sentence reduction (dkt. no. 95) is denied.

It is further ordered that Defendant's motion for appointment of counsel (dkt. no. 94) is denied as moot.

DATED THIS 21st day of October 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE